# In the United States District Court
# For the Southern District Of Georgia
# Brunswick Division

| | |
|---|---|
| JOSEPH WILLIAM GREEN, | * |
| Plaintiff, | * CIVIL ACTION NO.: 2:15-cv-113 |
| v. | * |
| MCINTOSH COUNTY EMS, | * |
| Defendant. | * |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's June 9, 2016 Report and Recommendation, dkt. no. 5, to which no objections have been filed. Accordingly, the Report and Recommendation is **ADOPTED** as the opinion of the Court. The Court **DISMISSES** Plaintiff's Complaint **without prejudice**. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 11 day of July, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)